In the Matter of the Grade Crossing of THE NEW YORK CENTRAL RAILROAD over Pines Bridge-Yorktown Heights County Highway in Westchester County.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.

Argued May 16, 1938; decided May 18, 1938.

*Harry M. Chamberlain, Gay H. Brown* and *Milton E. Canter* for motion.

*William R. Stevens* opposed.

Motion denied with leave to renew on argument of appeal.